IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMED TECHNOLOGIES CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 2:17-CV-00728-JRG-RSP |
| | § | |
| REPRO-MED SYSTEMS, INC. D/B/A | § | |
| RMS MEDICAL PRODUCTS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

In this patent case, Defendant Repro-Med Systems, Inc. moves to transfer or dismiss for improper venue. Def.'s Motion [Dkt. # 7]. Plaintiff EMED Technologies Corp. responds that venue is proper and, if the Court is inclined to grant the motion based on the current record, EMED should first be allowed venue-related discovery. Pl.'s Resp. [Dkt. # 15].

Having reviewed the parties' briefing, the Court finds some venue-related discovery appropriate. The Court therefore **GRANTS** the parties leave to conduct appropriately tailored venue discovery and **ORDERS** EMED to file its supplemental brief supporting venue within 60 days. Repro-Med may then respond within 7 days.

The Court expresses no opinion about whether EMED's proposed discovery[1] is appropriately tailored. Thus, if bona fide disputes arise concerning this discovery, the parties

---

[1] *See* Pl.'s First Set of Reqs. for Production [Dkt. # 15-13]; Pl's First Set of Reqs. for Admissions [Dkt. # 15-14].

should meet and confer and promptly raise any remaining disputes with the Court.

**SIGNED this 27th day of February, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE